# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Case No. 13-cr-00327-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  STEVIE MARIE ANNE VIGIL,

    Defendant.

## DISCOVERY PROTECTIVE ORDER

This matter is before the Court on the United States' Unopposed Motion for a Discovery Protective Order (Doc. # 15).  The Court, having considered the government's motion, makes the following findings of fact and rulings:

1.    The Defendant is charged with providing a firearm to a convicted felon who allegedly used the firearm to commit multiple homicides.  The charges in this case are one part of a larger, ongoing investigation involving multiple law enforcement agencies.

2.    The unnecessary disclosure of investigative documents and witness identities could jeopardize the continuing investigation and the safety of potential witnesses.  Therefore, a protective order limiting the disclosure of discovery materials is appropriate in this case.

3.    Defense counsel has no objection to this protective order.

WHEREFORE IT IS HEREBY ORDERED AS FOLLOWS:

4.      The government will provide defense counsel with a copy of discovery in this case.  Defense counsel shall keep the discovery materials and any notes or other materials prepared based upon or referring to information in these materials in confidence and shall use them exclusively in connection with this case (including trial preparation, trial, and appeals or other related legal proceedings) and for no other purpose.

5.      The discovery may be viewed only by defense counsel, the Defendant, and members of the defense team, including any defense investigators and staff, as necessary for the purposes of preparing a defense in this particular case.  Defense counsel shall ensure that members of the defense team will read this Order and are informed of their responsibility to safeguard this information.

6.      Defense counsel and/or his staff shall make copies of discovery materials only as necessary to prepare a defense in this criminal case.  Defense counsel shall keep a written record concerning what items were copied, how many copies were made, to whom those copies were delivered, and the dates of delivery.  Defense counsel shall also deliver a copy of this Order with the materials.  No person other than defense counsel shall make any copy of these materials for any purpose whatsoever.  At the conclusion of the case in this court, by entry of the Court's judgment, counsel within ten days shall destroy all copies made pursuant to this Order.

7.      No copies of the discovery materials, with the exception of the Defendant's own statements, shall be provided to the Defendant, her family members, friends and associates under any circumstances without petition to and further order

2

of the Court. The Defendant may be allowed to view the discovery materials, but only while in the direct presence of the defense counsel.

      8.     A copy of this Order shall be kept with the records at all times.

DATED this __9th__ day of September, 2013

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge